NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TRUSTBIZ, LLC, as trustee only under          )
the 4124 Harbor Lake Land Trust              )
dated the 23d day of October 2014,           )
                                             )
        Appellant,                           )
                                             )
v.                                           )      Case No. 2D17-2794
                                             )
US BANK, N.A., as trustee, in trust for the  )
holders of the J.P. Morgan Alternative       )
Loan Trust 2006-A1 Mortgage                  )
Pass-Through Certificates,                    )
                                             )
        Appellee.                            )
_____)

Opinion filed September 12, 2018.

Appeal from the Circuit Court for
Hillsborough County; Cheryl Thomas,
Judge.

Ivan D. Ivanov of the Ivanov Law Firm,
P.A., Tampa, for Appellant.

Sarah T. Weitz of Weitz & Schwartz, P.A.,
Fort Lauderdale, for Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, VILLANTI, and ATKINSON, JJ., Concur.